Robert W. Freeman
Nevada Bar No. 3062
Jason G. Revzin
Nevada Bar No. 8629
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV  89118
Telephone: (702) 893-3383
Fax: (702) 893-3789
Email: robert.freeman@lewisbrisbois.com
Email: jason.revzin@lewisbrisbois.com
*Attorneys for Defendant State Farm Bank*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM E. FLORENCE III, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM BANK,<br><br>Defendant. | Case No.: 2:16-cv-00515-APG-GWF<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER OR RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Defendant State Farm Bank and Plaintiff William E. Florence III, by and through counsel, and pursuant to Fed. R. Civ. P. 6(b), hereby stipulate and agree to an extension of time to answer or otherwise respond to the Complaint.

Plaintiff filed his Complaint on March 8, 2016.  Defendant State Farm Bank was served with a copy of the summons and complaint on March 21, 2016.  Pursuant to Fed. R. Civ. P. 12(a)(i), the deadline for State Farm Bank to respond to the Complaint is currently April 11, 2016.  Plaintiff has agreed to permit Defendant State Farm Bank a short extension of an additional 30 days to respond to the Complaint, until and including May 11, 2016.  This brief extension will allow Defendants to continue to investigate Plaintiff's allegations and to confer with Plaintiff's counsel regarding the same. This is the parties' first request for an extension of time to respond to the Complaint, and is not intended to cause any delay or prejudice to any party.

Therefore, Defendant and Plaintiff respectfully request that the Court grant an extension of

1  time for Defendant State Farm Bank to answer or otherwise respond to the Complaint until and
2  including **May 11, 2016**.
3
4  DATED:  April 6, 2016

  Lewis Brisbois Bisgaard & Smith LLP

  _____/s/ Jason G. Revzin_____
  Robert W. Freeman
  Nevada Bar No. 3062
  Jason G. Revzin
  Nevada Bar No. 8629
  6385 South Rainbow Blvd., Suite 600
  Las Vegas, NV  89118
  Telephone: (702) 893-3383
  Fax: (702) 893-3789
  Email:  robert.freeman@lewisbrisbois.com
  Email:  jason.revzin@lewisbrisbois.com
  *Attorneys for Defendant State Farm Bank*


  _____/s/ Michael Kind_____
  Michael Kind, Esq.
  Kazerouni Law Group, APC
  7854 W. Sahara Ave
  Las Vegas, NV 89117
  Phone: (800) 400-6808 x 7
  Fax: (800) 520-5523
  mkind@kazlg.com

  David H. Krieger, Esq.
  Haines & Krieger, LLC
  8985 S. Eastern Avenue, Suite 130
  Henderson, NV 89123
  Phone: (702) 880-5554
  Fax: (702) 385-5518
  dkrieger@hainesandkrieger.com
  *Attorneys for Plaintiff*

  IT IS SO ORDERED:

  _____George Foley Jr._____
  GEORGE FOLEY, JR.
  United States Magistrate Judge

  DATED:__April 7, 2016__

4827-5168-3888.1

**CERTIFICATE OF SERVICE**

This is to certify that on the 6th of April, 2016, I filed **STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER OR RESPOND TO COMPLAINT (FIRST REQUEST)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel:

Michael Kind, Esq.
Kazerouni Law Group, APC
7854 W. Sahara Ave
Las Vegas, NV 89117
Phone: (800) 400-6808 x 7
Fax: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq.
Haines & Krieger, LLC
8985 S. Eastern Avenue, Suite 130
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
dkrieger@hainesandkrieger.com

/s/ Carrie S. Dunham
An Employee of
LEWIS BRISBOIS BISGAARD & SMITH LLP

4827-5168-3888.1