**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| WILLIAM E. FLORENCE, III,<br><br>    Plaintiff,<br><br>v.<br><br>STATE FARM BANK,<br><br>    Defendant. | Case No. 2:16-cv-00515-APG-GWF<br><br>**ORDER DENYING AS MOOT DEFENDANT'S FIRST MOTION TO DISMISS**<br><br>(ECF No. 9) |

In light of the Amended Complaint (ECF No. 16),

IT IS ORDERED that defendant State Farm Bank's motion to dismiss **(ECF No. 9) is DENIED as moot**.

DATED this 6th day of July, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE