# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

WILLIAM E. FLORENCE, III,

Plaintiff,

v.

STATE FARM BANK,

Defendant.

Case No. 2:16-cv-00515-APG-GWF

**ORDER DENYING MOTION TO DISMISS AS MOOT**

(ECF No. 18)

In light of the parties' notice of settlement (ECF No. 33),

IT IS ORDERED that defendant State Farm Bank's motion to dismiss **(ECF No. 18) is DENIED as moot**.

IT IS FURTHER ORDERED that all pending dates, deadlines, and filing requirements are vacated.

IT IS FURTHER ORDERED that the parties shall file a stipulation to dismiss on or before March 3, 2017.

DATED this 24th day of January, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE