Michael Kind, Esq.
KAZEROUNI LAW GROUP, APC
Nevada Bar No. 13903
7854 W. Sahara Avenue
Las Vegas, NV 89117
Telephone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
Telephone: (702) 880-5554
Fax: (702) 938-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM E. FLORENCE III, on behalf of himself, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM BANK,<br><br>Defendant. | Case No.: 2:16-cv-00515-APG-GWF<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and through their undersigned counsel that the above-captioned matter is voluntarily dismissed in its entirety.

This dismissal is with prejudice as to the individual claims of Plaintiff William E. Florence, III. The claims asserted on behalf of the putative class are dismissed without prejudice. Plaintiff and State Farm Bank shall bear their own costs and attorneys' fees.

DATED: January 26, 2017.

**KAZEROUNI LAW GROUP, APC**

 */s/  Michael Kind*

MICHAEL KIND
Nevada Bar No. 13903
7854 W. Sahara Avenue
Las Vegas, NV 89117
Telephone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com
*Attorneys for Plaintiff*

**Lewis Brisbois Bisgaard & Smith LLP**

 */s/  Jason G. Revzin*

Robert W. Freeman
Nevada Bar No. 3062
Jason G. Revzin
Nevada Bar No. 8629
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118
Telephone: (702) 893-3383
Fax: (702) 893-3789
Email: robert.freeman@lewisbrisbois.com
Email: jason.revzin@lewisbrisbois.com

Kyle G.A. Wallace (*pro hac vice*)
Kristen K. Bromberek (*pro hac vice*)
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Fax: (404) 881-7777
Email: kyle.wallace@alston.com
Email: kristen.bromberek@alston.com
*Attorneys for Defendant State Farm Bank*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on January 26, 2017, the foregoing **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
7854 W. Sahara Avenue
Las Vegas, NV 89117